# EXHIBIT B

# Yopima v. Verizon Family
# Infringement Chart for U.S. Patent No. 9,119,038

| U.S. Patent No. 9,119,038 | Verizon Family |
|---|---|
| 13. A method for tracking locations of a plurality of devices within overlapping geofences, comprising: | Verizon provides Verizon Family for tracking locations of a plurality of devices (dependent's smart phone) within overlapping geofences<br><br>*[Screenshot of Verizon Family webpage with navigation showing Overview, Features, Pricing, Support; breadcrumb Home > Add-ons > Verizon Family; headline "You're there for them. We're here for you." with text "Whether they're online or on the go, help keep your family safe with Verizon Family."]*<br><br>**Source:** https://www.verizon.com/solutions-and-services/add-ons/safety/verizon-family-parental-control-monitoring-app/?CMP=KNC-C-PRODUCTS-VVB-GAW-58700008793466294&gad_source=1&gad_campaignid=21812058660&gbraid=0AAAAApZcEsJSXXM9qNLbym_Kj1 |

| U.S. Patent No. 9,119,038 | **Verizon Family** |
|---|---|
| | \_EoqtxO&gclid=Cj0KCQjwoZbBBhDCARIsAOqMEZXul1HUOgn-8REt7jeBSOyVbcL2eP7MMx0oTDPyCdhI1On0PpRS8Y4aAjeJEALw_wcB&gclsrc=aw.ds#overview<br><br>**What is the Verizon Smart Family app?**<br><br>Verizon Smart Family is a service that gives you controls to help you manage your kids' smartphones, as long as they're all on the same Verizon account. Using its app, you can filter content, limit and monitor calls and texts, monitor web and app activity, and even use location tracking.<br><br>**Source:** https://www.verizon.com/about/parenting/expert-tips-using-verizon-smart-family-app |
| [13A] receiving, by a portable computing device, an identification of a first geofence defining a first region; | receiving, by a portable computing device (guardian's phone), an identification of a first geofence defining a first region |

| U.S. Patent No. 9,119,038 | **Verizon Family** |
|---|---|
| | **Verizon Family - Add or Remove Boundary Alerts**<br><br>Here's how to add or remove Boundary alerts using the Verizon Family parent app.<br><br>**NOTE**<br>- Places & alerts notifies you when your child arrives and/or leaves a location you specify.<br>- To perform the steps below, you need to:<br>  - have a Plus subscription.<br>  - ensure the Guardian and Dependent devices are paired.<br>  - ensure location sharing is on.<br>  - ensure GPS is enabled on the device to be located.<br>    → If necessary, refer to the device's user manual for instructions.<br><br>1. From the Verizon Family parent app, tap the **Locations tab**.<br>2. From the Saved locations section, tap **View all**.<br><br>Source: https://www.verizon.com/support/knowledge-base-217107/ |

| U.S. Patent No. 9,119,038 | **Verizon Family** |
|---|---|
| | 3. Perform one of the following:<br>• To add a place:<br>  1. Tap **Add new saved location**.<br>  2. Enter or configure the following info then tap **Save**:<br>    ▫ Add a Location label (e.g., Home, School, etc.)<br>    ▫ Address<br>      → If necessary, tap **Clear** to remove the current address and search for a new one.<br>    ▫ Choose map icon (optional)<br>    ▫ Set boundary alerts<br>      ▪ Tap the switch to turn on ⬤ of off ◯.<br>      ▪ <u>Use the slider to choose the radius you wish to be alerted</u><br>      ▪ Select the family members.<br>      ▪ Choose if you want to know when the Dependent arrives, leaves or both.<br><br>Source: https://www.verizon.com/support/knowledge-base-217107/ |
| [13B] determining a current location of the portable computing device; | determining a current location of the portable computing device |

| U.S. Patent No. 9,119,038 | **Verizon Family** |
|---|---|
|  | **What to know about family locator apps**<br><br>**Real-time location sharing.** Family members going in different directions? All the time? You can install a family locator app such as on everyone's smartphone and monitor them all in near real time.<br><br>**Geofencing and location alerts.** These apps can provide more location insights using GPS. For instance, you can set a geofence—a mapped boundary around a school or neighborhood—and receive a notification if your kid enters or leaves that area. You can also customize the geofencing monitoring information when you set up a profile for each user in the app.<br><br>**Temporary location sharing.** Some apps offer time-bound or trip-based monitoring. Instead of sharing their location all the time, a child can choose to share their journey with a specific contact until they reach their destination. With Verizon Family's Safe Walk feature, your kid can share their route in real time with you or another trusted contact. No need for the "text me when you get there" dance. You see their progress and they feel supported.<br><br>**Verizon's pick:** Verizon Family. You can set up a profile for all the smartphones in your family and easily get near-real-time location sharing and set geofencing and Safe Walk, all from one app.<br><br>Source: https://www.verizon.com/about/parenting/verizons-family-locator-apps-and-tracking-devices |
| [13C] comparing the current location of the portable computing device to the identified first geofence; and | comparing the current location of the portable computing device to the identified first geofence |

| U.S. Patent No. 9,119,038 | **Verizon Family** |
|---|---|
| | 3. Perform one of the following: <br><br> • To add a place: <br><br>   1. Tap **Add new saved location**. <br><br>   2. Enter or configure the following info then tap **Save**: <br><br>     ▫ Add a Location label (e.g., Home, School, etc.) <br><br>     ▫ Address <br>        → If necessary, tap **Clear** to remove the current address and search for a new one. <br><br>     ▫ Choose map icon (optional) <br><br>     ▫ Set boundary alerts <br><br>       ▪ Tap the switch to turn on ⬤ of off ⚪. <br><br>       ▪ <u>Use the slider to choose the radius you wish to be alerted</u> <br><br>       ▪ Select the family members. <br><br>       ▪ Choose if you want to know when the Dependent arrives, leaves or both. <br><br> Source: https://www.verizon.com/support/knowledge-base-217107/ |

| U.S. Patent No. 9,119,038 | **Verizon Family** |
|---|---|
| [13D] transmitting, by the portable computing device to a second computing device, an arrival notification, responsive to determining that the current location of the portable computing device is within the identified first region, | transmitting, by the portable computing device to a second computing device, an arrival notification (check-in)<br><br>**Verizon Family - Send Location Check-In From Dependent's Device**<br><br>Here's how have your Dependent send a location check-in from their device via the Verizon Family Companion app.<br><br>**NOTE**<br>To perform the steps below, you need to:<br>- ensure the Verizon Family app is installed on the Guardian's device.<br>- ensure the Verizon Family Companion app is installed on the Dependent's device.<br>- sign in to the app using a My Verizon user ID or mobile number that has Account Owner or Manager access privileges.<br>- ensure the Dependent's device is powered off prior to adding or removing blocks, restrictions, limits, etc.<br><br>1. From the Verizon Family Companion app on the Dependent's device, select the **Home tab**.<br>2. Tap **Check-in**.<br>   → A location notification is sent to the Guardian's device.<br><br>https://www.verizon.com/support/knowledge-base-225143/ |
| [13E] the arrival notification including | the arrival notification including an identification of the current location of the portable computing device |

| U.S. Patent No. 9,119,038 | **Verizon Family** |
|---|---|
| an identification of the current location of the portable computing device within one of a plurality of subregions of the first region defined by a corresponding plurality of geofences. | **Verizon Family - Send Location Check-In From Dependent's Device**<br><br>Here's how have your Dependent send a location check-in from their device via the Verizon Family Companion app.<br><br>> **NOTE**<br>> To perform the steps below, you need to:<br>> - ensure the Verizon Family app is installed on the Guardian's device.<br>> - ensure the Verizon Family Companion app is installed on the Dependent's device.<br>> - sign in to the app using a My Verizon user ID or mobile number that has Account Owner or Manager access privileges.<br>> - ensure the Dependent's device is powered off prior to adding or removing blocks, restrictions, limits, etc.<br><br>1. From the Verizon Family Companion app on the Dependent's device, select the **Home tab**.<br>2. Tap **Check-in**.<br>   → A location notification is sent to the Guardian's device.<br><br>https://www.verizon.com/support/knowledge-base-225143/ |